# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **WILLIE J. MANSFIELD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:20-cv-00215-ACA-HNJ |
| **ERIC BAILEY, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report recommending that the court treat Defendant Eric Bailey's and Dr. Bobo's special reports as motions for summary judgment. (Doc. 55). The magistrate judge further recommended the court grant Mr. Bailey and Dr. Bobo's motions for summary judgment (Docs. 40, 44, 47), dismiss Plaintiff Willie Mansfield's claims against them with prejudice, dismiss Mr. Mansfield's state law claims without prejudice for failure to exhaust administrative remedies as required by the Federal Tort Claims Act, deny Mr. Mansfield's motion for default judgment (Doc. 49), and deny Mr. Mansfield's request for additional discovery (Doc. 50 at 4). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court finds that the defendants' motions for summary judgment are due to be **GRANTED**. Mr. Mansfield's claims against Mr. Bailey and Dr. Bobo are due to be **DISMISSED WITH PREJUDICE**; Mr. Mansfield's state law claims are due to be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by the FTCA; Mr. Mansfield's motion for default judgment (Doc. 49), and request for additional discovery (Doc. 50 at 4), are **DENIED**.

A final judgment will be entered.

**DONE** and **ORDERED** this February 23, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE